THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIAMI VALLEY FAIR HOUSING CENTER, INC.

v.

SEXTON HILLSIDE, LLC

Case No. 3:21-cv-00329
Judge: Thomas M. Rose
Corporate Disclosure Statement

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

  In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant Sexton Hillside, LLC.

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

    ___ YES    _X_ NO

    If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ___ YES    _X_ NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest.

*/s/ Catherine L. Strauss* (0072980)      02/14/2022
Signature of Counsel            Date

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was filed via the Court's electronic filing system this 14th day of February 2022 which shall subsequently serve a copy of same upon all parties of record.

                                                                 */s/ Catherine L. Strauss*
                                                                 Catherine L. Strauss (0072980)