# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MIAMI VALLEY FAIR HOUSING       :
CENTER, INC.,                              Case No. 3:21-CV-329

      Plaintiff,                        :

                                    :       Judge Thomas M. Rose
      -vs-                             Magistrate Judge Peter B. Silvain, Jr.

                                    :
SEXTON HILLSIDE, LLC,

                                    :
      Defendants.

---

## ORDER OF REFERENCE

---

The above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington solely for the purpose of conducting a mediation.  The appointed Mediator shall have full authority to conduct the mediation and shall report to United States District Judge Thomas M. Rose whether or not it has resulted in settlement of this case.

June 6, 2022                                        s/Peter B. Silvain, Jr.      
                                            Peter B. Silvain, Jr.
                                     United States Magistrate Judge
                                       and  ADR Coordinator