# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., | * * * | Civil Action No. 3:21-cv-00329 |
| Plaintiff, | * | Judge Thomas M. Rose |
| v. | * * | Magistrate Judge Caroline H. Gentry |
| SEXTON HILLSIDE, LLC, | * * * | |
| Defendant. | * | |
| ********************************** | * | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Miami Valley Fair Housing Center, Inc., and Defendant Sexton Hillside, LLC, have entered into a settlement agreement, and therefore respectfully submit this Stipulation of Voluntary Dismissal of the above-captioned matter, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own costs and fees.

Dated: October 11, 2023

Attorney for Plaintiff:                                  Attorney for Defendant

/s/ Stephen M. Dane                                  /s/ Abigail J. Barr
Stephen M. Dane Ohio Bar # 0013057.    Abigail J. Barr Ohio Bar #0092679
Trial Attorney for Plaintiff                          Trial Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen M. Dane
Stephen M. Dane
Counsel for Plaintiff